**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2045**

———————

DAVID P. FARLEY,

                              Plaintiff - Appellant,

        versus

DOUGLAS DOVE,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-01-761)

———————

Submitted:  January 16, 2003        Decided:  January 22, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David P. Farley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David P. Farley appeals the district court's order denying his motion to reopen a dismissed case. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Farley v. Dove, No. CA-01-761 (E.D.N.C. Aug. 12, 2002). We deny all of Farley's outstanding motions, including his motions for "HUD Attachment Sheets," a writ of supersedeas, and a temporary restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2